MN-305

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Roger Kent Strom and Mary Clare Strom

Chapter 7 Case No.   09-30916

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Randy's Environmental Services<br>PO Box 169<br>Delano, MN  55328 | 12 | 70.62 | 1.27 |

Date:   April 1, 2011

_____
Trustee

RECEIVED
11 APR -6  AM 10: 45
U.S. BANKRUPTCY COURT
ST. PAUL, MN

TCC #3607